UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVIN CHRISTIAN CURTIS,<br><br>               Plaintiff,<br><br>    v.<br><br>JOHN DOE 1, et al.,<br><br>               Defendant. | CASE NO. 3:25-cv-05890-TMC-BAT<br><br>**REPORT AND RECOMMENDATION** |

      Plaintiff, an Airway Heights Corrections Center detainee, filed a § 1983 complaint against Defendants Ms. Bierman and John Does 1-19, employees at the Washington Corrections Center at Shelton. The Court has reviewed the record and recommends the complaint be DISMISSED without prejudice because Plaintiff has not paid the filing fee to initiate this action, and the clerk has issued two notices that his *in forma pauperis* (IFP) applications are deficient. The clerk notified Plaintiff most recently on October 27, 2025 that Plaintiff must submit a sufficient IFP application by November 26, 2025 or the case may be dismissed. Plaintiff has not responded.

      The Court must address prisoner lawsuits applying the restrictions imposed by the PLRA, 28 U.S.C. § 1915. *Myles v. Core*, 2023 WL 8114881 at * 4 (C.D. Cal. Oct. 23, 2023) (citations omitted) (RR adopted, *Myles v. Core*, 2023 WL 8359847 (C.D. Cal. Dec. 1, 2023). The PLRA's

REPORT AND RECOMMENDATION - 1

restrictions on prisoner suits include paying the filing fee or being granted leave to proceed *in forma pauperis* on the condition that full payment of the filing fee shall be made through partial payments collected by the prison and submitted to the Court. *See* 28 U.S.C. § 1915(b)(1)(2)).

Because Plaintiff has neither paid the filing fee nor submitted a sufficient application to proceed *in forma pauperis*, the Court recommends:

1. The complaint be **DISMISSED** without prejudice.

2. If Plaintiff either pays the filing fee or submits a sufficient IFP application before the Court adopts this recommendation, the matter should be **RE-REFERRED** to the undersigned United States Magistrate Judge.

## OBJECTIONS AND APPEAL

This Report and Recommendation is not an appealable order. Thus, Plaintiff should not file a notice of appeal in the Court of Appeals for the Ninth Circuit until the assigned District Judge enters a judgment in the case.

Objections, however, may be filed no later than **December 15, 2025.** The Clerk shall note the matter for **December 16, 2025**, as ready for the District Judge's consideration.

The failure to timely object may affect the right to appeal.

DATED this 1st day of December, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2