UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEVIN CHRISTIAN CURTIS,

           Plaintiff,

  v.

JOHN DOE 1, et al.,

           Defendant.

CASE NO. 3:25-cv-05890-TMC-BAT

**ORDER OF DISMISSAL**

Having reviewed, *de novo*, the assigned United States Magistrate Judge's Report and Recommendation, any objections or responses, and the record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    The case is dismissed without prejudice.

(3)    The Clerk shall provide a copy of this Order to all parties.

Dated this  16th  day of  December , 2025.

TIFFANY M. CARTWRIGHT
United States District Judge

ORDER OF DISMISSAL - 1